UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br>        Plaintiff,<br>    v.<br>C SILVA, et al.,<br>        Defendants. | Case No. 19-cv-02689-JSW<br><br>**ORDER OF DISMISSAL** |

This is a civil rights action filed under 42 U.S.C. § 1983. On May 28, 2019, mail sent from the Court to Plaintiff at the address he provided was returned by the postal service as undeliverable because Plaintiff was not located there. Local Rule 3-11(b) requires parties to keep the Court informed of their current mailing address and states that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice. More than sixty days have passed since Plaintiff's mail was returned because of an incorrect address, and Plaintiff has not updated his address with the Court. Accordingly, this case is DISMISSED without prejudice. *See also* Fed. R. Civ. P. 41(b). He may re-file his complaint in a new case, provided he keeps the court informed of his correct address in accordance with the local rules.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 26, 2019

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DWAYNE GILMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>C SILVA, et al.,<br><br>    Defendants. | Case No. 19-cv-02689-JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

C. Dwayne Gilmore ID: T-29666
C1-208
PO Box 731
Imperial, CA 92251

Dated: August 26, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Kelly Collins, Deputy Clerk to the
Honorable JEFFREY S. WHITE