United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 C. DWAYNE GILMORE,

Case No. 19-cv-02689-JSW

8 Plaintiff,

**ORDER OF FURTHER SERVICE**

9 v.
10 C SILVA, et al.,

ECF No. 41

11 Defendants.

12   Defendant Correctional Lieutenant R. Tipy shall be served at Pelican Bay State Prison

13 shall be served at the California Training Facility in Soledad, California.

14   Service shall proceed under the California Department of Corrections and Rehabilitation's

15 (CDCR) e-service program for civil rights cases from prisoners in CDCR custody.  In accordance

16 with the program, the clerk is directed to serve on CDCR via email the following documents: the

17 First Amended Complaint, this Order, a CDCR Report of E-Service Waiver form, and a summons.

18 The clerk also shall serve a copy of this order on the plaintiff.

19   No later than 40 days after service of this order via email on CDCR, CDCR shall provide

20 the court a completed CDCR Report of E-Service Waiver advising the court whether Defendant

21 Tipy will be waiving service of process without the need for service by the United States Marshal

22 Service (USMS) and whether Mulhern declines to waive service or could not be reached.  CDCR

23 also shall provide a copy of the CDCR Report of E-Service Waiver to the California Attorney

24 General's Office which, within 21 days, shall file with the court a waiver of service of process for

25 the defendant(s) who are waiving service.

26   Upon receipt of the CDCR Report of E-Service Waiver, the clerk shall prepare for each

27 defendant who has not waived service according to the CDCR Report of E-Service Waiver a

28 USM-205 Form.  The clerk shall provide to the USMS the completed USM-205 forms and copies

1  of this order, the summons, and the operative complaint for service upon each defendant who has
2  not waived service.  The clerk also shall provide to the USMS a copy of the CDCR Report of E-
3  Service Waiver.

4      2. Defendant Tipy **shall** file an answer in accordance with the Federal Rules of Civil
5  Procedure.  He may join in the answer filed by the other Defendants, or he may file his own.

6      3. Defendant Tipy shall comply with the provisions of ECF No. 37 regarding dispositive
7  motions, except that his deadline to do so is **56** days from the date this order is filed.  He may join
8  in any motion filed by the other Defendants, or he may file his own.

9  **IT IS SO ORDERED.**

10  Dated: March 24, 2022

_____
JEFFREY S. WHITE
United States District Judge